**E-FILED on** 8/23/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY M. RAMIREZ, | No. C-03-1817 RMW |
| Petitioner, | |
| v. | JUDGMENT |
| JAMES A. YATES, Warden, et. al., | |
| Respondents. | |

On August 23, 2010, the court denied petitioner's application for a writ of habeas corpus. Therefore, it is hereby ordered that judgment be entered in favor of respondents and that petitioner is not entitled to any relief by way of his petition.

DATED: 8/23/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-03-1817 RMW
CCL