**E-FILED on**   8/30/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANTHONY M. RAMIREZ,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES A. YATES, Warden, et. al.,<br><br>        Respondents. | No. C-03-1817 RMW<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME AND VACATING ORDER DISMISSING PETITION AND JUDGMENT<br><br>**[Re Docket No. 84]** |

       The court's June 21, 2010 order gave petitioner until August 21, 2010 to submit a list of material facts in dispute, an affidavit addressing specific issues, and other relevant supplemental evidence. Petitioner now seeks an extension of time to submit these items due to the fact that the prison facility where he is housed has been under lockdown since August 2, 2010. The court grants his motion for a 60 day extension of time. Petitioner has until October 20, 2010 to file supplemental evidence.

       The court hereby vacates the August 23, 2010 order, with the exception of the grant of Maitreya Badami's motion to withdraw as counsel. The court also hereby vacates the judgment

1  entered on August 23, 2010.  Upon receiving petitioner's supplemental filings, the court will
2  reconsider the pending motions.

4  DATED:    8/30/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge