1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANTHONY M. RAMIREZ,

   Petitioner,

  v.

JAMES A. YATES, Warden,

   Respondent.

Case No. C-03-1817 RMW

**ORDER DENYING CERTIFICATE OF APPEALABILITY; DENYING IN FORMA PAUPERIS STATUS; DENYING MOTION FOR RECONSIDERATION**

[Re Docket Nos. 160, 162, and 163]

   Anthony M. Ramirez ("Ramirez") filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  The court denied the petition, declined to issue a certification of appealability, and entered judgment in favor of Respondent. *See* Dkt. No. 158 (Order) and Dkt. No. 159 (Judgment). Ramirez then filed "Objections to Judgment and Order Dismissing Habeas Petition with Prejudice," Dkt. No. 160 ("Objections"), a Motion for leave to proceed in forma pauperis, Dkt. No. 162, and a Motion for Certificate of Appealability, Dkt. No. 163.

   Despite Ramirez's statement in his "Objections", the court did not invite the filing of any "objections" to the judgment. Dkt. No. 160 at 1. The court treats this filing as a motion for relief

from judgment under Federal Rule of Civil Procedure 60. The motion is DENIED as it presents no grounds for relief from judgment under Rule 60(b).

The motion for a certificate of appealability, Dkt. No. 163, is denied, as the court explained in the Order Denying Petition for Writ of Habeas Corpus and Denying Certificate of Appealability, Dkt. No. 158, petitioner has not shown "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right [or] that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000). Accordingly, a certificate of appealability is DENIED.

Because the appeal is not taken in good faith, *see* 28 U.S.C. § 1915(a)(3), the motion to proceed *in forma pauperis* is DENIED. Petitioner may renew the motion in the Court of Appeal. *See* Fed. R. App. P. 24(a).

**SO ORDERED.**

DATED: November19, 2014



RONALD M. WHYTE
United States District Judge

United States District Court
For the Northern District of California